James Palefrone, Florian Kotowski, Arnold Sletta, Oscar Jacobs and Peter Padilla, Plaintiffs-Appellants, v. Everett J. Shelton and Glenn Gage, Defendants-Appellees.

Gen. No. 10,447.

Alfred Roy Hulbert, and Thomas E. White, for appellants; William Zwanzig, and Wendell Thompson, for appellees. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 12, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.